[81 NE3d 839, 59 NYS3d 305]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LOFTON, Appellant.

Argued May 31, 2017; decided June 22, 2017

### APPEARANCES OF COUNSEL

*Timothy P. Donaher, Public Defender*, Rochester (*Brian Shiffrin* of counsel), for appellant.

*Sandra Doorley, District Attorney*, Rochester (*Scott Myles* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division, insofar as appealed from, should be reversed and the case remitted to Supreme Court for consideration of defendant's eligibility for a youthful offender adjudication.

We agree with defendant's contention that the trial court failed to make an on-the-record determination as to whether defendant was eligible for a youthful offender adjudication by first "considering the presence or absence of the factors set forth in CPL 720.10 (3)" (*People v Middlebrooks*, 25 NY3d 516, 527 [2015]).

Defendant's remaining contention, that certain remarks made by the prosecutor in summation constituted improper burden-shifting, is without merit. Viewed in conjunction with the entire summation and the trial court's corrective action, the challenged remarks did not deprive defendant of a fair trial (*see People v Romero*, 7 NY3d 911, 913 [2006]).

Chief Judge DIFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON concur; Judge FEINMAN taking no part.

Order, insofar as appealed from, reversed and case remitted to Supreme Court, Monroe County, for further proceedings in accordance with the memorandum herein.